IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | Cr. No. 7:01-235-HMH |
| ) | |
| vs. ) | **OPINION & ORDER** |
| ) | |
| Donikki Hardy, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the Government's motion for reduction of sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

After review, the court finds that the Defendant's family member and associate rendered substantial assistance. However, during the hearing on this motion, the Defendant conceded that he has rendered no assistance. Therefore, the court finds that the Defendant has failed to render substantial assistance. Based on the foregoing, the Government's motion is denied.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
September 22, 2008